UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SERGIO NUNEZ-HERNANDEZ, | : | |
| Petitioner, | : | Civ. No. 23-1751 (RBK) |
| v. | : | |
| STEVIE M. KNIGHT, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. It has come to the attention of this Court through a letter filed by Respondent (*see* ECF 4) as well as reviewing the Federal Bureau of Prisons' ("BOP") online inmate locator, *see* https://www.bop.gov/inmateloc/ (last visited on June 1, 2023), that Petitioner was released from BOP custody on May 5, 2023 such that his current address of record in this case at F.C.I. Fort Dix is not accurate. Thus, Petitioner is in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS this 2nd day of June 2023,

ORDERED by failing to provide the Court with his current address, Petitioner has not complied with Local Civil Rule 10.1; and it is further

ORDERED as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

2

ORDERED if Petitioner updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this memorandum and order, the Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this memorandum and order on Petitioner by regular U.S mail at his last listed address of record.

s/ Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge